## Linderman *v.* Hershberger, Appellant (No. 2).

OPINION BY RICE, P. J., July 13, 1911:

For the reasons given in the immediately preceding case, the assignments of error are overruled and the judgment is affirmed.